IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 23-cv-00333<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(A)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PopSockets LLC ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line Number |
|---|---|
| ccdz_phoneparts | 37 |
| HJSMAA | 41 |
| l_mhua | 42 |
| yongyuanzuibang | 43 |
| Dianli | 50 |
| Gallickan | 58 |
| Jikolililili | 64 |
| Zhifulu | 85 |
| CzoreyDxavy | 87 |
| lvshengying | 100 |

Dated this 15th day of February 2023.   Respectfully submitted,

<u>/s/ Kahlia R. Halpern</u>
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff PopSockets LLC*